

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00645-CV

**LAUREL RIDGE HOSPITAL, L.P.** d/b/a Laurel Ridge Treatment Center,
Appellant

v.

Jane **DOE**, Individually and as Next Friend of Minor Doe, a Minor,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-17725
Honorable Lisa Jarrett, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, we REVERSE the portion of the trial court's September 23, 2024 order overruling appellant Texas Laurel Ridge Hospital, L.P.'s objections to appellee Jane Doe's Chapter 74 expert reports and qualifications and REMAND the case to the trial court to consider whether to afford appellee Jane Doe, Individually and as Next Friend of Minor Doe, a thirty-day extension to cure the deficiencies in the expert report of Arnold Mackles, M.D.

Costs of the appeal are assessed against appellee Doe.

SIGNED June 25, 2025.

_____
Lori Massey Brissette, Justice